UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR19 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAVID PEDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community.  At the time of his initial appearance before the court, the defendant was in the custody of the Bureau of Prisons. Accordingly,

**IT IS ORDERED:**

The government's motion for detention of David Pederson is held in abeyance pending the defendant's coming into the custody of the District of Nebraska.

**IT IS FURTHER ORDERED:**

The defendant, David Pedersen, having received notice of his return to the custody of the Bureau of Prisons pending the disposition of this matter and having waived an opportunity for hearing in this matter, the U.S. Marshal is authorized to return the defendant, David Pederson, to the custody of the Bureau of Prisons pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 18th day of February, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge