```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:08CR19
                              )
       v.                     )
                              )
DAVID PEDERSON,               )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss without prejudice the indictment (Filing No. 12).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment against David Pederson is dismissed without prejudice.

DATED this 23rd day of February, 2009.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court